IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-00324-FL

| | |
|---|---|
| ALFRED JIMINEZ, JR. and MARIA NELLY JIMINEZ, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) **ORDER** |
| MARIELLA FORERO-ROMERO and FIDELITY BROKERAGE SERVICES, LLC, | ) ) ) ) ) |
| Defendants. | ) |

The undersigned, having reviewed the Joint Consent Motion to Stay Litigation jointly submitted and consented to by counsel for Plaintiffs and Fidelity Brokerage Services, LLC (the "Moving Parties"), finds that good cause exists for the relief requested therein and concludes that the Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED, and DECREED that this matter is hereby stayed as to Defendant Fidelity Brokerage Services, LLC ("Defendant Fidelity"), including all proceedings and deadlines in the case applicable to Defendant Fidelity until completion of the litigation of Plaintiffs' claims against Defendant Mariella Forero-Romero, with each of the Moving Parties reserving its respective rights as it relates to Plaintiffs' claim against Defendant Fidelity, and with the Moving Parties to file joint status reports beginning June 15, 2020 and continuing every ninety (90) days thereafter until the litigation of Plaintiffs' claims against Defendant Mariella Forero-Romero has concluded.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE